LOUIS FISHMAN v. MAX HERMAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PATRICK J. DONOVAN v. CUNARD STEAMSHIP COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH LEVY and Another v. UNITED STATES INDUSTRIAL ALCOHOL COMPANY. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANTHONY CIPOLLA and Another v. ENRICO SCERNO and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HUGO JOSEPHY and Another v. PANHANDLE AND SANTA FE RAILWAY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALABAMA HOLDING CORPORATION v. LEE F. CONREY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM H. BALDWIN and Others v. CARAVEL COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

T. BLUMENTHAL & Co., INC., v. THEO. TIEDEMANN & SONS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THEODORE LOBODYNSKI v. THIRD AVENUE RAILROAD COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LEONIDAS LYMPERIAS v. ALEX PHOTOS and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MURDOCK TRADING COMPANY, INC., v. SECURITY INSURANCE COMPANY OF NEW HAVEN.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of THE CITY OF NEW YORK (Avenue A, or Sutton Place, and Fifty-ninth Street).— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRED A. GORDON and Others v. MOJAVE TUNGSTEN COMPANY and Others.— Motion to extend time granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY AND NINETY-SIXTH STREET REALTY COMPANY v. WILLIAM E. WALSH, as Superintendent, etc.— Motion for preference for October term granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HATTIE M. FRANK v. WILLIAM J. SEIDENBERG COMPANY, Impleaded, etc.— Motion denied; defendant's time to answer extended five days after service of order entered hereon. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.